IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VIRTUOSO, LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:20-cv-383-K |
| | § | |
| WEB DEALS DIRECT, LLC | § | |
| and ADAM D. FEINBERG, an | § | |
| individual, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated January 29, 2021, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Accordingly, the Court OVERRULES Defendants' Objections [Dkt. No. 38] and DENIES Defendants'

-1-

-2-

Motion to Partially Dismiss Plaintiff's First Amended Complaint and Motion for a More Definite Statement [Dkt. No. 27].

**SO ORDERED.**

**Signed March 1st, 2021.**

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE